# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21 Mag. 7540**              Date **July 27, 2023**

USAO No. **2019R00035**

The Government respectfully requests the Court to dismiss without prejudice the

✓  Complaint          Removal Proceedings in

*United States v.*  **John Rice**

The Complaint/Rule 40 Affidavit was filed on  **August 2, 2021**

✓  *U.S. Marshals please withdraw warrant*

**NATHAN REHN** Digitally signed by NATHAN REHN
Date: 2023.07.27 15:36:44 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **July 28, 2023**

UNITED STATES MAGISTRATE JUDGE